**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

CONDRE, INC.,  Court File No. 07-CV-02535 PAM/JSM
a Minnesota corporation,

        Plaintiff,

v.  **ORDER**

XLNT Idea, INC.,
a California corporation,

        Defendant.

---

The above entitled matter is dismissed without prejudice to the rights of any party and without any further costs, expenses, or attorney fees to the parties.

Dated: January   31  , 2008.  **BY THE COURT**

        By:   s/Paul A. Magnuson
                Paul A. Magnuson
                United States District Judge